MARIE T. BATA, Respondent, *v.* BATA, a. s., Appellant. SVIT NATIONAL CORPORATION, Intervener.

Submitted June 2, 1952; decided June 6, 1952.

*Martin Popper* and *Benjamin Spiegel* for motion.

*Inzer B. Wyatt* and *Robert MacCrate* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the matter within the meaning of the Constitution.